No. 975. EX PARTE MOLINA ET AL., MOVERS AND RESPONDENTS. THE PEOPLE, OPPOSER AND APPELLANT.—Appeal from

the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided April 7, 1913. Appeal dismissed with the consent of the *fiscal* for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911, and Rules 40 and 60 of this court. *Mr. Enrique Rincón* for movers. *Mr. Charles E. Foote, fiscal,* for The People.